## WALL v. STATE.
### No. 25343.

Court of Criminal Appeals of Texas.

June 13, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of intoxicating liquor in a dry area; the punishment, a fine of $250.00.

The record before us contains neither bills of exception nor statement of facts. Nothing is presented for consideration.

The judgment of the trial court is affirmed.